UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EVELIN RIVERA,                              )
                                            )
Plaintiff,                                  )   **PROOF OF SERVICE**
                                            )
   -against-                              )   **06 Civ. 15419 (LTS)(AJP)**
                                            )
THE CITY OF NEW YORK; POLICE OFFICER        )
CHRISTOPHER GREINER, Shield No. 30355;      )   **ECF CASE**
JOHN DOES; RICHARD ROES,                    )
                                            )
               Defendants.          )
----------------------------------------------------------------X

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

     I, Jeffrey A. Rothman, being an attorney duly admitted to practice before this court and the courts of the State of New York, hereby affirm under the penalties of perjury:

     I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007.

     On December 26, 2006, approximately 5:51 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Madelyne Santana, a process clerk authorized to accept service.

     On December 26, 2006, approximately 8:00 p.m., at the NYPD 23rd Precinct, 162 E. 102nd Street, New York, NY 10029, I served the Summons and Complaint upon POLICE OFFICER CHRISTOPHER GREINER, Shield No. 30355, a defendant therein named, by personally delivering and leaving at his actual place of business with Police Sergeant Caraballo, Shield No. 3885, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On December 26, 2006, I then mailed a copy of the aforementioned documents to POLICE OFFICER CHRISTOPHER GREINER, Shield No. 30355, a defendant therein named, at the NYPD 23rd Precinct, 162 E. 102nd Street, New York, NY 10029, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

                                                  December 26, 2006      _____/S/_____
                                                                                                                Jeffrey A. Rothman, Esq.