UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

EVELIN RIVERA,

                                      Plaintiff,

          -against-

THE CITY OF NEW YORK; POLICE OFFICER
CHRISTOPHER GREINER, Shield No. 30355; JOHN
DOES; RICHARD ROES,

                                    Defendants.

STIPULATION AND
ORDER OF
SETTLEMENT OF
ATTORNEY FEES

06 CV 15419 (LTS)(AJP)

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007

        **WHEREAS**, plaintiff commenced this action by filing a complaint on or about December 26, 2006, alleging that her civil and state common law rights were violated; and

        **WHEREAS**, defendants City of New York and Police Officer Christopher Greiner, have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, pursuant to the Stipulation and Order of Settlement and Dismissal, plaintiff assigned ~~his~~ her right to attorneys' fees, costs and expenses to ~~his~~ her counsel; and

        **WHEREAS**, counsel for plaintiff and defendants now desire to resolve the issue of attorney fees, costs and expenses without further proceedings; and

        **WHEREAS**, this Stipulation and Order of Settlement of Attorney fees ("Stipulation") shall not be construed to be an admission of liability by any defendant or the City of New York, nor an admission that any of the allegations made by plaintiff are true or that defendants in any way violated any rights guaranteed to plaintiff by any constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or any subdivision thereof; and

        **WHEREAS**, this Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

OK Jeffrey

Defendant City of New York shall pay to plaintiff's counsel, Jeffery A. Rothman, Esq., the sum total of SEVENTEEN THOUSAND ($17,000.00) Dollars in full satisfaction of plaintiff's attorney fees, expenses and costs.

Dated: New York, New York
July 24, 2007

Jeffrey A. Rothman, Esq.
Attorney for Plaintiff
575 Madison Avenue, Suite 1006
New York, New York 10022

4/19/07

By: _____
Jeffrey A. Rothman, Esq. (JR 0398)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-155
New York, N.Y. 10007
(212) 788-0987        7/24/07

By: _____
Brian G. Maxey (BM 0451)
Assistant Corporation Counsel

SO ORDERED:

_____ 7/24/07
LAURA T. SWAIN, U.S.D.J.

2